1

2

3

4   LINDSAY ANNE WESTON
    Attorney  State Bar NO. 73132
5   1477 Drew Avenue, Suite 106
    Davis, California 95618
6   (530) 756-7774

7   Attorney for Defendant
    KHALILAH LATOYA FULLER

8

9                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**

10

11

12   UNITED STATES OF AMERICA

13              Plaintiff,                    )   Case No.:  CR S-08-0145-FCD
                                             )
14        vs.                                )   STIPULATION AND ORDER
                                             )   AMENDING CONDITIONS OF
15   KHALILAH LATOYA FULLER, et. al.,        )   PRETRIAL RELEASE
                                             )
16              Defendants.                  )
                                             )
17                                           )

18   _____

19          IT IS HEREBY STIPULATED and agreed to between the United States of

20   America through Russell Carlberg, Assistant United States Attorney and defendant, KHALILAH

21   LATOYA FULLER, by and through her counsel, Lindsay Anne Weston, that the terms and
     conditions of defendant's pre-trial release be amended to include her participation in mental

22   health counseling as directed by the United States Pre-trial Services Office. Defendant's Pre-trial
     Services Officer, Taifa M. Gaskins, is in agreement with amending the conditions of release to

23   include mental health counseling.

24

25   Dated:  June 3, 2008                 Respectfully submitted,
                                          /s/Lindsay Weston
26
                                          _____
27                                        LINDSAY ANNE WESTON
                                          Attorney for Defendant
28                                        KHALILAH LATOYA FULLER

Date: June 3, 2008                        MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Lindsay Weston for

                                          _____
                                          RUSSELL CARLBERG
                                          Assistant United States Attorney
                                          Per e-mail authorization


**ORDER**

IT IS SO ORDERED.

Dated:  June 5, 2008.

                                   _____
                                   U.S. MAGISTRATE JUDGE