LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
KHALILAH LATOYA FULLER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

KHALILAH LATOYA FULLER

    Defendants.

)
)
)
)
)
)
)
)
)
)

Case No.:  CR. S-08-145  FCD

STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND ADOPTING NEW SCHEDULE RE PRESENTENCE REPORT

    It is hereby stipulated and agreed to between the United States of America through Russell Carlberg, Assistant United States Attorney and defendant Khalilah Fuller, through her counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for November 15, 2010, at 10:00 a.m. be continued to February 28, 2011, at 10:00 a.m.

    Counsel for defendant is seeking additional time to prepare for the pre-sentence report and the sentencing for, among other reasons, logistical and transportation issues related to the defendant's disabilities.

    The parties also stipulate to and request the Court adopt the revised schedule for the disclosure of the pre-sentence report and objections thereto:

| | |
|---|---|
| Draft Pre-sentence report disclosed to the parties: | January 14, 2011 |
| Informal objections to the report: | January 31, 2010 |
| Final sentencing report disclosed: | February 7, 2011 |
| Motion to correct the report: | February 14, 2011 |
| Reply to motion to correct: | February 22, 2011 |
| Sentencing hearing: | February 28, 2011 |

Dated:  November 10, 2010        Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
KHALILAH FULLER

Date: November 10, 2010        BENJAMIN WAGNER
United States Attorney

/s/ Lindsay Weston for
_____
RUSSELL CARLBERG
Assistant United States Attorney
Per e-mail authorization

**ORDER**

       IT IS SO ORDERED.

Dated:  November 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE