LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
KHALILAH LATOYA FULLER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KHALILAH LATOYA FULLER<br><br>　　　　Defendants. | Case No.: 2:08-cr-00145 KJM<br><br>STIPULATION AND ORDER VACATING SENTENCING HEARING, SETTING STATUS CONFERENCE RE SENTENCING ISSUES AND REQUIRING PERSONAL PRESENCE OF DEFENDANT |

　　　　It is hereby stipulated and agreed to between the United States of America through Russell Carlberg, Assistant United States Attorney and defendant Khalilah Fuller, through her counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for March 17, 2011, at 10:00 a.m. be vacated and that the matter be set for a status conference on March 31, 2011, at 10:00 a.m. It is further stipulated and agreed that the defendant's presence is necessary at the hearing and that this Court order Ms. Fuller to personally appear.

　　　　The parties agree that a status conference is necessary to address certain issues with the Court as it pertains to the completion of a pre-sentence report and the setting of a calendar for disclosure of the PSR, objections thereto, and sentencing hearing. Ms. Fuller has been released

on an unsecured appearance bond since March 31, 2008, and has resided in Vallejo since then. The defendant pleaded guilty before Judge Frank Damrell on July 26, 2010, to the indictment and the court set a schedule for disclosure of the PSR and a sentencing date.  The briefing schedule and sentencing hearing was continued by the parties once by stipulation to February 28, 2011, and again by the Court when the case was reassigned from Judge Damrell to this Court. Ms. Fuller has numerous disabilities, including that she is blind, which have contributed to logistical and transportation issues such that they have hampered the preparation of the pre-sentence report.  The parties wish to address this with the Court such that a firm briefing schedule and sentencing date can be set.  Ms. Fuller's presence at the status conference is necessary to accomplish this.

Dated:  March 11, 2011                      Respectfully submitted,

                                            /s/Lindsay Weston
                                            _____
                                            LINDSAY ANNE WESTON
                                            Attorney for Defendant
                                            KHALILAH FULLER


Date: March 11, 2011                        BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Lindsay Weston for
                                            _____
                                            RUSSELL CARLBERG
                                            Assistant United States Attorney
                                            Per e-mail authorization

**ORDER**

IT IS ORDERED that the sentencing hearing as to Khalilah Latoya Fuller set for March 16, 2011 at 10:00 a.m. in this matter is VACATED and a Status Conference re: sentencing is SET for March 31, 2011, at 10:00 a.m.  The defendant, Khalilah Latoya Fuller shall be personally present at the hearing.

Dated:  March 15, 2011.

_____
UNITED STATES DISTRICT JUDGE