LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
KHALILAH LATOYA FULLER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

KHALILAH LATOYA FULLER

    Defendant.

Case No.: 2:08-cr-00145 KJM

ORDERRE DEFENDANT FULLER VACATING SENTENCING HEARING, SETTING STATUS CONFERENCE RESENTENCING ISSUES, AND REQUIRING PERSONAL PRESENCE OF DEFENDANT

GOOD CAUSE APPEARING, the sentencing date for defendant Khallilah Fuller is vacated and the matter is set for a status conference on July 21, 2011, at 10:00 a.m. The defendant is ordered to be present at the status conference.

Dated:   July 13, 2011.

_____
UNITED STATES DISTRICT JUDGE

- 1