# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Khalilah Latoya Fuller           **Docket Number:**   0972 2:08CR00145

**Name of Judicial Officer**:   Honorable Kimberly J. Mueller, United States District Judge

**Date of Original Sentence:**   12/8/2011

**Original Offense:** 18 USC 1349 – Conspiracy to Commit Bank Fraud (Class B Felony); 18 USC 1344 – Bank Fraud (3 counts) (Class B Felonies)

**Original Sentence:** 27 months custody Bureau of Prisons; 60 months Supervised Release; $400 special assessment; $84,000.11 restitution (joint and several); No firearms; DNA collection

**Special Conditions:**

1. Warrantless Search
2. No Dissipation of Assets
3. Financial Disclosure
4. Financial Restrictions
5. Mental Health Treatment
6. Aftercare Co-payment

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   2/26/2014

**Other Court Actions:**   None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7. The defendant shall reside and participate in a residential community corrections center for a period of up to 6 months; said placement shall commence on February 26, 2014, pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender is scheduled for release on February 26, 2014. She has no release plan and is in need of further time and housing assistance until she can come up with an appropriate release location. A RRC placement will assist her with this. The offender has signed the attached Waiver of Hearing and consents to the modification of her conditions.

Respectfully submitted,

**/s/ Glenn P. Simon for**

**Brenda Barron-Harrell**
**United States Probation Officer**
Telephone: (916) 930-4397

**DATED:** 2/19/2014

Reviewed by,

**/s/ Glenn P. Simon for**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

DATED:  February 24, 2014

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Russell L. Carlberg

Defense Counsel: Lindsay Weston (Appointed)