UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-00145- KJM |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| JACQUELINE CRAFT, et al., | |
| Defendants. | |

      A hearing on a petition alleging Khalilah Latoya Fuller's violation of terms of supervised release was calendared before this court for July 2, 2014. Defense counsel Kathryn Druliner failed to appear. On that date, Assistant Federal Defender Linda Harter voluntarily located Ms. Druliner by phone, and based on the report that Ms. Druliner has miscalendared the matter, the hearing was continued one week with the understanding Ms. Druliner would be present. On July 9, when the matter was recalled, Ms. Druliner again failed to appear. On this second date, Ms. Harter voluntarily made a special appearance, with Ms. Fuller's permission. The court continued the matter one more time, to July 23, 2014 at 9 a.m.

      Ms. Druliner is ordered to show cause no later than 4 p.m. on July 16, 2014, why she should not be sanctioned, monetarily or otherwise, for her failure twice to appear, as described above.

/////

1

1 | The Clerk of the Court is directed to serve a courtesy copy of this order on Federal
2 | Defender Heather Williams and Assistant Federal Defender Linda Harter.
3 |     SO ORDERED.
4 | DATED: July 9, 2014.

_____
UNITED STATES DISTRICT JUDGE