

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALILAH LATOYA FULLER,<br><br>Defendant. | No. 2:08-cr-00145-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release KHALILAH LATOYA FULLER; Case No. 2:08-cr-00145-KJM, from custody on 9/11/2014 at 10:00 a.m. for the following reasons:

__Release on Personal Recognizance

__Bail Posted in the Sum of $

   __ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

__X__ (Other): Time served, plus one day

Issued at Sacramento, California on __9/10/14__, at __3:57 pm__

_____
Kimberly J. Mueller
United States District Judge